**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Robert A. Obias, | ) | NO.: 09 - 11967 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

**NOTICE OF MOTION**

To: Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, Illinois 60532-4350 via the Court's electronic noticing system

Josephine J. Miceli, Johnson, Blumberg & Associates, LLC, 230 West Monroe Street, Suite 1125, Chicago, Illinois 60606 via First Class U.S. Mail

PLEASE TAKE NOTICE that on the 6th day of June, 2014 at 9:30 a.m., an attorney from the undersigned law firm shall appear before the Honorable Judge Donald R. Cassling in Courtroom 240 of the Kane County Courthouse, 100 S. Third Street, Geneva, Illinois and then and there present the Motion to Determine Final Cure and Payment re: Rule 3002.1, a copy of which is attached hereto, and at which time and place you may appear if you so choose.

                                                 /s/ Lorraine M. Greenberg
                                                 Lorraine M. Greenberg

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she served a copy of this Notice and the Motion to Determine Final Cure and Payment re: Rule 3002.1 on each of the persons named above by filing a copy of each in the CM/ECF system maintained by the Clerk of the U.S. Bankruptcy Court on May 29, 2014 and by placing a copy of same in an envelope addressed as aforesaid, First Class postage prepaid and placing same in the U.S. Mail at Chicago, Illinois on May 29, 2014.

                                                 /s/ Lorraine M. Greenberg
                                                 LORRAINE M GREENBERG, #3129023

LORRAINE GREENBERG
Attorney at Law
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Robert A. Obias, | ) | NO.:  09 - 11967 |
| | ) | |
| Debtor. | ) | Judge Donald R. Cassling |

**MOTION TO DETERMINE FINAL CURE OF MORTGAGE OF
FEDERAL NATIONAL MORTGAGE ASSOCIATION
BY SETERUS, INC.**

NOW COMES the Debtor, by his attorney, Lorraine M. Greenberg, pursuant to Federal Bankruptcy Rule 3002.1 (h), and requests a hearing to determine the amount necessary to cure the mortgage of the Federal National Mortgage Association by Seterus, Inc., if any, and in support thereof, states as follows:

1. Debtor filed the original Chapter 13 Petition on April 3, 2009. At the time of filing, the servicing agent for the primary lienholder on debtor's principal residence was CitiMortgage, Inc. and the servicing agent for the secondary lienholder on debtor's principal residence was JP Morgan Chase Bank.

2. The Chapter 13 Plan was confirmed on June 19, 2009.

3. The Trustee filed a Notice of Payment of Final Mortgage Cure pursuant to Bankruptcy Rule 3002.1 (f) on April 18, 2014. The Notice provided that Debtor had cured the pre-petition default claim in its entirety during the term of the Plan.

4. An attorney for the Federal National Mortgage Association, a corporation organized and existing under the laws of the United States of America, beneficiary, by SETERUS, Inc., its Attorney-in-Fact, filed its Response to the Trustee's Notice of Final Mortgage Cure on May 9, 2014, alleging a post-petition default of $410.26 as of April 18, 2014. This was filed as an

addendum to the original proof of claim filed by CitiMortgage, Inc. and pertains to the primary lien on debtor's residence.

5.  Debtor disputes that there is any post-petition default owing the Federal National Mortgage Association, and/or Seterus, Inc. and/or CitiMortgage, Inc.

6.  Debtor obtained a discharge pursuant to 11 U.S.C. §1328 on May 13, 2014.

WHEREFORE, Debtor moves this honorable Court to enter an Order declaring Debtor current and the Mortgage fully reinstated on the debt owed to the primary lienholder, i.e. Federal National Mortgage Association, and Seterus, Inc., and further, that all post-petition arrearage has been fully paid and that this creditor be forever barred from seeking to collect any indebtedness as of the date of the entry of the Order, including but not limited to late penalties or fees, post-petition attorneys fees and costs of collection not approved by the Bankruptcy Court and for such other relief as this Court deems necessary and just.

                        Respectfully submitted,

                        Robert A. Obias


                BY:  /s/   Lorraine M. Greenberg
                     Lorraine M. Greenberg


LORRAINE GREENBERG
Attorney at Law
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330
ARDC NO.  3129023